# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **TENNESSEE FARMERS MUTUAL, INSURANCE COMPANY,** as subrogee of other Guy Gray,<br><br>    Plaintiff,<br><br>vs.<br><br>**TENNESSEE VALLEY AUTHORITY,**<br><br>    Defendant. | JUDGMENT IN A CIVIL CASE<br><br><br><br><br><br>CASE NO: 17-1139-STA-egb |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Notice of Voluntary Dismissal entered on September 26, 2017, this cause is hereby DISMISSED with prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 10/13/2017

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk